IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs

1) MIGUEL FERRER-LOPEZ
**2) WANDA ROSARIO-AVILES**
Defendants

CRIMINAL 10-0374CCC

**ORDER**

On March 8, 2012, U.S. Magistrate Judge Bruce J. McGiverin held a hearing for defendant Wanda Rosario-Avilés (2) to show cause why the term of supervised release being served by her should not be revoked for her failure to comply with the conditions imposed. The Magistrate Judge has made a preliminary finding that defendant has violated the terms of her supervised release (**docket entry 72**). Accordingly, defendant is hereby GRANTED a final term of eleven (11) days after notice to inform whether she will present any further argument or additional evidence on this issue before the Court makes its final ruling. The defendant is advised that, if no additional matters are raised, the final determination will be made based on the record before us.

The final revocation hearing is set for April 4, 2012 at 4:30 PM.

At this hearing, probationer will be entitled:

1. to the disclosure of evidence against her,
2. to present evidence in her own behalf,
3. to the opportunity to question witnesses against her, and
4. to be represented by counsel.

SO ORDERED.

At San Juan, Puerto Rico, on March 20, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge